IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| United States of America, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 14-00059-01-CR-W-HFS |
| | ) | |
| Melvin L. Frierson, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Having reviewed the record, including the report and recommendation for a finding of competency, and the evaluation (Doc. 32) and noting there is no objection to the report and recommendation, I find defendant mentally competent to understand the nature and consequences of the proceeding and to assist properly in his defense.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Court Judge

May 1, 2015
Kansas City, Missouri